UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEON HOPTON,<br><br>   Plaintiff,<br><br>   v.<br><br>FRESNO COUNTY HUMAN HEALTH SYSTEM, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-00141-LJO-SKO<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT PRISONER'S TRUST FUND ACCOUNT STATEMENT |

**ORDER**

Plaintiff is a prisoner proceeding pro se and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1] (Docs. 1, 3.) Plaintiff appears to be indigent and qualify to proceed *in forma pauperis* under 28 U.S.C. § 1915. However, Plaintiff has not submitted a copy of his prisoner's trust fund account statement showing all account activity for the 6 months immediately preceding the filing of the complaint, as required by § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that **within twenty-one (21) days from the date of service of this order, Plaintiff shall submit to the Court a copy of his prisoner's trust fund account statement showing all account activity for the 6 months immediately preceding the filing of the complaint.**

IT IS SO ORDERED.

---

[1] Plaintiff has also filed a request for a court order "compelling" the Fresno County Jail to grant him access to the law library. (Doc. 2.) As it is not clear that Plaintiff has been prevented from doing so, the Court denies without prejudice Plaintiff's request for an order compelling jail staff to provide him with access to the library. If Plaintiff remains unable to access the law library despite his diligence, he may renew his motion. Plaintiff also seeks "funding for needed administrative supplies." (*Id.*) Neither the Court, nor the *in forma pauperis* statute, provides for such resources. *See* 28 U.S.C. § 1915(c). Plaintiff's request for monies to purchase "administrative supplies" is therefore denied.

Dated: **January 31, 2020**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE