# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEON HOPTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY HUMAN HEALTH SYSTEM, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00141-NONE-SKO<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br><br>(Doc. 10) |

**ORDER**

The Court is in receipt of Plaintiff's "Amended Complaint (Partial)"[1] and "Request for Exten[s]ion of Time Constraints" filed on March 23, 2020, (Doc. 10), requesting additional time in which to file an amended complaint in accordance with the Court's screening order, (Doc. 9).

Plaintiff filed this case on January 28, 2020, alleging various unrelated claims against unrelated defendants. (*See* Doc. 1.) On March 3, 2020, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915. (Doc. 9.) The Court found that Plaintiff failed to state a cognizable claim but granted Plaintiff leave to file a first amended complaint within 21 days of the date of service of the screening order. (*Id.* at 15.) The Court also advised Plaintiff that he must include only related claims and defendants in any amended complaint and must file the other claims in

---

[1] Although the heading of Plaintiff's filing includes the words "Amended Complaint (Partial)," (*see* Doc. 10 at 1), the filing is almost entirely devoted to Plaintiff's request for an extension. The only part of the filing that discusses the allegations relevant to an amended complaint is on pages 1–2, where Plaintiff lists additional defendants he intends to name in the amended complaint. (*See id.* at 1–2.) **Plaintiff is therefore advised that his March 23, 2020 filing, (Doc. 10), is construed solely as a request for an extension of time and the contents of the filing will not be considered as part of any amended complaint.** If Plaintiff elects to file an amended complaint, the document must be "complete in itself without reference to" the original complaint or the March 23, 2020 filing. *See* E.D. Cal. L.R. 220; *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc).

separate cases, if desired. (*See id.*)

In his request for an extension of time, Plaintiff states he will be unable to file an amended complaint by the deadline set forth in the Court's screening order because he needs additional time to collect documentation regarding the allegations in the complaint. (Doc. 10 at 1, 3–4.) Plaintiff also advises the Court that his amended complaint in this case will include only claims and defendants related to his child custody proceedings. (*Id.* at 2.)

For good cause shown, the Court GRANTS Plaintiff's request for an extension of time in which to file an amended complaint. **Plaintiff SHALL file either an amended complaint or a notice of voluntary dismissal by no later than May 8, 2020.**

IT IS SO ORDERED.

Dated:  **March 25, 2020**                               /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE